

# In the Missouri Court of Appeals
# Eastern District

JULY 22, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED101050     LINDA DEGAND APP V BARNES-JEWISH, RES